| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  IAN L. GARRIQUES<br>   Assistant U.S. Attorney<br>3  4401 Federal Building<br>   2500 Tulare Street<br>4  Fresno, California 93721<br>   Telephone: (559) 497-4000 | **FILED**<br><br>DEC 2 2 2009<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>              DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANTONIO ROJAS DE LA TORRE,<br><br>         Defendant. | Case No. 01:06-CR-00415 LJO<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: December 21, 2009            Respectfully submitted,
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Ian L. Garriques
                                    IAN L. GARRIQUES
                                    Assistant U.S. Attorney

1

ORDER

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

DATED: Dec 21, 2009

_____
United States District Judge